IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00173-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SENDER FERNANDO ROWERES-NATIVI,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

       Upon petition of the United States and for good cause shown, it is hereby

       ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce SENDER FERNANDO ROWERES-NATIVI before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

       SO ORDERED this 22nd day of May, 2008.

                                          s/ Edward W. Nottingham
                                          CHIEF UNITED STATES DISTRICT JUDGE